UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ORALIA DIAZ,<br><br>    Plaintiff,<br>v.<br><br>CISCO, INC.,<br><br>    Defendant. | Case No.  4:20-cv-01526<br><br>Honorable Judge Gray H. Miller |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ORALIA DIAZ, and the Defendant, CISCO, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against CISCO, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 24, 2020                                             Respectfully Submitted,

| **ORALIA DIAZ** | **CISCO, INC.** |
|---|---|
| */s/ Nathan C. Volheim* | */s/ Keith Wier* (*with consent*) |
| Nathan C. Volheim (#6302103) | Keith Wier  (#21436100) |
| Federal ID. 3098183 | Federal ID. 7930 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Maurice Wutscher LLP |
| 2500 S. Highland Avenue, Suite 200 | 6136 Frisco Square Blvd., Suite 400 |
| Lombard, Illinois 60148 | Frisco, Texas, 75034 |
| Phone: (630) 575-8181 | Phone: (512) 949-5914 |
| Fax: (630) 575-8188 | Fax: (888) 852-5729 |
| nvolheim@sulaimanlaw.com | kwier@mauricewutscher.com |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim